# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00613-CV

**Harlingen Family Dentistry, P.C., Appellant**

**v.**

**ACS State Healthcare, LLC and The State of Texas, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
NO. D-1-GN-14-000319, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Harlingen Family Dentistry, P.C. has filed an unopposed motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed on Appellant's Motion

Filed: March 4, 2015